# Order

Michigan Supreme Court
Lansing, Michigan

August 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149663(49)(51)

ROBERTO LANDIN,
            Plaintiff-Appellee,

v

HEALTHSOURCE SAGINAW, INC.,
            Defendant-Appellant.
_____/

SC: 149663
COA: 309258
Saginaw CC: 08-002400-NZ

On order of the Chief Justice, the motion of the Pacific Legal Foundation to file an amicus curiae brief in support of defendant-appellant is GRANTED. The amicus brief submitted on July 24, 2015, is accepted for filing. On further order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his brief on appeal is GRANTED. The brief submitted on July 29, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 4, 2015



Clerk